# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

141920

LONNER MELTON,

      Plaintiff-Appellant,

v

                                          SC: 141920

DEPARTMENT OF CORRECTIONS,                CoA: 297601

      Defendant-Appellee.

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of October 19, 2010, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 6, 2011

jam

Clerk